MPU/pcs – 314641
4424-1 (2/14/07)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ALLSTATE INSURANCE COMPANY,
as Subrogee of JOANNE M. BURGESS

Dkt. No. 06-536ML

Plaintiff

vs.

SAMSUNG ELECTRONICS
AMERICA, INC.

Defendant.

**WITHDRAWAL OF APPEARANCE**

I hereby withdraw my appearance on behalf of the Plaintiff, ALLSTATE INSURANCE COMPANY, as Subrogee of JOANNE M. BURGESS.

/s/ Marco P. Uriati

Marco P. Uriati, Esq. #5561
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (fax) 521-1328

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Plaintiff, ALLSTATE INSURANCE COMPANY, as Subrogee of JOANNE M. BURGESS.

/s/ Richard M. Peirce
/s/ John B. Moretta

Richard M. Peirce #0564
John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (fax) 521-1328

Date: March 14, 2007

**Certificate of Service**

I, Richard M. Peirce, hereby certify that on March 14, 2007, I served the foregoing withdrawal/entry of appearance by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case to the following:

John R. Slattery, Esquire
Cozen and O'Connor
1900 Market Street
Philadelphia, PA 19103

/s/ Richard M. Peirce

Richard M. Peirce