AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 3-27-07 |
|---|---|
| NAME OF SERVER (PRINT) Manny Bayo | TITLE NJ Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Samsung Electronics America, INC. 105 Challenger Rd Ridgefield Park, NJ 07660

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-27-07 X [signature]
Date Signature of Server

1:00 PM

1913 Greentree Rd, Cherry Hill, NJ 08003
Address of Server

Served
Pat Galperen Authorized to accept.
F/W/50/5'4/140/Blk.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF

ALLSTATE INSURANCE COMPANY,
as subrogee of JOANNE M. BURGESS

v.

SAMSUNG ELECTRONICS AMERICA, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: CA 06 536ML

TO: (Name and Address of Defendant)

SAMSUNG ELECTRONICS AMERICA, INC.
105 Challenger Road
Ridgefield, NJ 07660

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Marco P. Bristi, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

12/8/06
DATE

Karen Baldwell
BY DEPUTY CLERK