UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY,<br>as Subrogee of Joanne M. Burgess<br>North Plaza, 2775 Sanders Road<br>Northbrook, IL 60062<br>*Plaintiff* | : | |
| vs. | : | C.A. No. 06-536 |
| SAMSUNG ELECTRONICS<br>AMERICA, INC.<br>105 Challenger Road<br>Ridgefield Park, NJ 07660<br>*Defendant* | : | |

**NOTICE OF APPEARANCE**

I, Thomas C. Angelone, hereby enter my appearance on behalf of Defendant,

***Samsung Electronics America, Inc.***

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: April 16, 2007

**CERTIFICATION**

I hereby certify that on this 16th day of April, 2007, I caused a copy of the within ***Notice of Appearance*** to be electronically transmitted to the following attorney(s) of record:

Richard M. Peirce, Esq. rpeirce@rcfp.com
jmusgrave@rcfp.com
ppost@rcfp.com
John R. Slattery, Esq. jslattery@cozen.com

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373