UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, a/s/o JOANNE M. BURGESS, Plaintiff | : | No. 06-536 |
| vs. | : | |
| SAMSUNG ELECTRONICS AMERICA, INC. Defendant. | : | |

**PLAINTIFF'S WRITTEN STATEMENT**

Plaintiff Allstate Insurance Company, as subrogee of Joanne M. Burgess, by and through its counsel, hereby submits this written statement pursuant to the Court's April 27, 2007 Order and the Local Rules of the United States District Court for the District of Rhode Island:

## I. STATEMENT OF THE CASE

This is a subrogation action arising out of a fire that occurred on November 25, 2005 at the property of Allstate's insured, Joanne M. Burgess. The fire originated inside a projection-screen television that was manufactured by Defendant, Samsung. After the fire, Allstate made payments to Ms. Burgess for the damage resulting from the fire. The total amount of damage is approximately $170,000.00.

As subrogee of Joanne M. Burgess, Allstate brought suit against Samsung to recover for the fire damage caused by the Samsung television. Plaintiff's complaint has three causes of action: strict products liability, negligence, and breach of warranties.

Respectfully submitted,

By:_______________________

John R. Slattery, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2068; Fax: (215) 701-2068
E-Mail: jslattery@cozen.com
Attorneys for Plaintiff

Of Counsel
RICHARD M. PEIRCE, ESQUIRE
JOHN MORRETA, ESQUIRE
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Ten Weybosset Street, 8th Floor
Providence, Rhode Island 02903
(401) 521-7000 telephone
(401) 521-1328 facsimile
rpeirce@rcfp.com

## CERTIFICATE OF SERVICE

I hereby certify that on May __, 2007, I have sent a true copy of the foregoing via U.S. Mail, postage pre-paid, to the following counsel of record:

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Ste. 810
Providence, RI 02903

John R. Slattery

PHILADELPHIA\3154328\1 180754.000