UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, as Subrogee of Joanne M. Burgess *Plaintiff* | : | |
| vs. | : | C.A. No. 06-536 |
| SAMSUNG ELECTRONICS AMERICA, INC. *Defendant* | : | |

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, the testimony upon oral examination of ***Keeper of Records of the Cranston Fire Department*** will be taken before a notary public, or before another person authorized to administer oaths, at the law offices of HODOSH, SPINELLA & ANGELONE, One Turks Head Place, Suite 810, Providence, Rhode Island 02903, on the **10th day of September, 2007, at 2:00 p.m.**

Said examination will continue from day to day until completed and is being taken on behalf of Defendant.

> **Please provide a true and accurate copy of any and all records, reports, photographs and/or video tapes respecting a house fire at 65 Raven Circle, Cranston, Rhode Island, on November 25, 2005. Please include any reports or records respecting the investigation following the incident as well as those prepared at the time of the fire.**

You are invited to cross-examine.

**SAMSUNG ELECTRONICS AMERICA, INC.**

By its Attorneys

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: August 17, 2007

**CERTIFICATION**

I hereby certify that on this 17th day of August, 2007, I caused a copy of the within ***Notice*** either to be electronically transmitted to:

Richard M. Peirce, Esq. rpeirce@rcfp.com
jmusgrave@rcfp.com
ppost@rcfp.com

John R. Slattery, Esq. jslattery@cozen.com

and mailed by first class mail, postage prepaid, or hand delivered to the following:

Callaghan Reporting Service
44 Marden Street
Cranston, RI 02910

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373

/mvc