UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY,<br>as Subrogee of Joanne M. Burgess<br>*Plaintiff* | : | |
| vs. | : | C.A. No. 06-536 |
| SAMSUNG ELECTRONICS<br>AMERICA, INC.<br>*Defendant* | : | |

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, the testimony upon oral examination of ***Joanne Burgess*** will be taken before a notary public, or before another person authorized to administer oaths, at the law offices of HODOSH, SPINELLA & ANGELONE, One Turks Head Place, Suite 810, Providence, Rhode Island 02903, on the **19th day of November, 2007, at 12:30 p.m.**

Said examination will continue from day to day until completed and is being taken on behalf of Defendant.

You are invited to cross-examine.

**SAMSUNG ELECTRONICS AMERICA, INC.**

By its Attorneys

/s/ Thomas C. Angelone

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE** PC
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: November 14, 2007

**CERTIFICATION**

I hereby certify that on this 14th day of November, 2007, I caused a copy of the within ***Notice*** either to be electronically transmitted to:

Richard M. Peirce, Esq. rpeirce@rcfp.com
jmusgrave@rcfp.com
ppost@rcfp.com

John R. Slattery, Esq. jslattery@cozen.com

and mailed by first class mail, postage prepaid, or hand delivered to the following:

Callaghan Reporting Service
44 Marden Street
Cranston, RI 02910

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373

/mvc