**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-536 ML** |
| | : | |
| **SAMSUNG ELECTRONICS** | : | |
| **AMERICA, INC.** | : | |
| **Defendant** | : | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Allstate Insurance Company ("Allstate"), as subrogee of Joanne M. Burgess, by and through its counsel, and defendant, Samsung Electronics America, Inc. ("Samsung"), by and through its counsel, hereby submits this Joint Motion To Amend Scheduling Order, and in support thereof, submits the following:

1. This is a subrogation action arises out of a fire that occurred on November 25, 2005 at the property of Allstate's insured, Joanne M. Burgess. Plaintiff alleges that the fire originated inside a projection-screen television that was manufactured by defendant, Samsung. Plaintiff seeks to recover damages of approximately $165,000 that it paid to its insured as a result of the fire.

2. Plaintiff initiated this action by filing its Complaint on December 8, 2006. Defendant filed its Answer on April 16, 2007.

3. The parties attended a Rule 16 conference before Judge Mary M. Lisi on May 17, 2007. By the Pre-Trial Order entered on May 18, 2007, all discovery was to be closed by November 19, 2007. Additionally, the parties were ordered to file memoranda setting forth what each party anticipates proving at trial by December 19, 2007.

4. The parties have endeavored to comply with the November 19, 2007 discovery deadline. However, there was one additional fact witness that the parties have been unable to

schedule. The deposition of Thomas Burgess was noticed for November 19, 2007, however, the witness had recently changed employment and was unable to attend a deposition on that date. The depositions of Mr. Burgess' mother, Joanne M. Burgess, and brother, Andrew Burgess, did go forward on November 19, 2007.

5. The parties attempted to reschedule Thomas Burgess' deposition for December 10, 2007 and December 18, 2007; however, those dates proved to be unworkable for both the witness and for counsel.

6. The parties are attempting to reschedule this deposition for the beginning of January 2008, as counsel for plaintiff is leaving for a pre-paid vacation to visit family members during the Christmas holiday, and will not return until January 1, 2008.

7. By agreement of the parties, defendant has reserved serving its expert disclosures until after the final fact witness has been deposed.

8. The parties have been in meaningful settlement discussions since the parties attended a settlement conference before Magistrate Judge Lovegreen on October 26, 2007. After this final deposition, the parties believe that this matter will be in a better settlement posture.

9. Therefore, the parties respectively request an extension of the Scheduling Order so that the deposition of Thomas Burgess can go forward and the parties can endeavor to achieve an amicable resolution of this matter by way of a settlement.

10. Should the parties not reach a settlement, the parties request a formal extension of the deadlines for Samsung to serve its Expert Disclosures and for the parties to depose each other's experts. It is requested by the parties that the Scheduling Order be amended to reflect the following deadlines:

| | |
|---|---|
| Deposition of Thomas Burgess | January 15, 2008 |
| Defendant's Expert Disclosures | February 15, 2008 |
| Depositions of Experts | March 1, 2008 |

| | |
|---|---|
| Parties Pre-Trial Memoranda | March 15, 2008 |

WHEREFORE, the parties jointly request this Honorable Court to issue an Order granting an extension of the deadline within which the parties must file their respective Pre-Trial Memoranda and an extension of the Scheduling Order.

Respectfully submitted,

COZEN O'CONNOR

/s/ John R. Slattery
John R. Slattery, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2068; Fax: (215) 701-2068
*Counsel for Plaintiff, Allstate Insurance Company*

/s/ John B. Moretta
Richard M. Peirce, Esq.
John B. Moretta, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Ten Weybosset Street, 8th Floor
Providence, Rhode Island 02903
(401) 521-7000 telephone
(401) 521-1328 facsimile
*Local Counsel for Plaintiff, Allstate Insurance Company*

/s/ Thomas C. Angelone
Thomas C. Angelone
HODOSH, SPINELLA & ANGELONE, P.C.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 10
Providence, Rhode Island 02903
(401) 274-0200 telephone
(401) 274-7538 facsimile
*Counsel for Defendant, Samsung Electronics America, Inc.*

Dated: December 19, 2007

**Certificate of Service**

I, John B. Moretta, hereby certify that on December 19, 2007, I served the foregoing Motion by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case to the following:

John R. Slattery, Esquire
Cozen and O'Connor
1900 Market Street
Philadelphia, PA 19103

/s/ John B. Moretta

John B. Moretta

4424-1 (12/19/07)