**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY,<br>a/s/o JOANNE M. BURGESS<br>Plaintiff | : | No. 06-536 |
| vs. | : | |
| SAMSUNG ELECTRONICS<br>AMERICA, INC.<br>Defendant. | : | |

## NOTICE OF DEPOSITION

TO: Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Ste. 810
Providence, RI 02903

PLEASE TAKE NOTICE that on **Thursday, February 28, 2008 at 10:00 a.m.**, Plaintiff Allstate Insurance Co.., a/s/o Joanne M. Burgess, through its attorneys herein, will take the deposition of **Lawrence P. Sacco of Affiliated Engineering Laboratories, Inc.** The deposition will be held at the law offices of Roberts, Carroll, Feldstein & Peirce, Ten Weybosset Street, 8th Floor, Providence, RI 02903-2808 upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer authorized by the law to administer oaths.

Mr. Sacco shall produce the original report dated February 19, 2008 from Affiliated Engineering Laboratories, Inc. addressed to Thomas M. DeMicco, Esquire with all original attachments and exhibits. In addition, Mr. Sacco is further requested to bring with him a complete copy of his file including all billing records and other materials reflecting the work he has done in this case and the materials he has reviewed in preparation of his expert report.

The oral examination will continue from day to day until completed. Please produce said individual at the date and time set forth above.

COZEN O'CONNOR

Respectfully submitted,

By:______/s/________________

John R. Slattery, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2068; Fax: (215) 701-2068
E-Mail: jslattery@cozen.com
Attorneys for Plaintiff

Of Counsel
RICHARD M. PEIRCE, ESQUIRE
JOHN MORRETA, ESQUIRE
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Ten Weybosset Street, 8th Floor
Providence, Rhode Island 02903
(401) 521-7000 telephone
(401) 521-1328 facsimile
rpeirce@rcfp.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I have electronically filed a true copy of the foregoing to the following counsel of record:

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Ste. 810
Providence, RI 02903

/s/
John R. Slattery