UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, as Subrogee of Joanne M. Burgess *Plaintiff* | : | |
| vs. | : | C.A. No. 06-536 |
| SAMSUNG ELECTRONICS AMERICA, INC. *Defendant* | : | |

**OFFER OF JUDGMENT**

Now comes Defendant, ***Samsung Electronics America, Inc.***, pursuant to Rule 68, and hereby makes an offer of judgment in the amount of $25,000.00, inclusive of costs, to Plaintiff, ***Allstate Insurance Company, as Subrogee of Joanne M. Burgess***.

**SAMSUNG ELECTRONICS AMERICA, INC.**

By its Attorneys,

/s/ Thomas C. Angelone

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: March 11, 2008

**CERTIFICATION**

I hereby certify that on this 11th day of March, 2008, I caused a copy of the within ***Offer of Judgment*** either to be electronically transmitted to:

Richard M. Peirce, Esq. ______ rpeirce@rcfp.com
jmusgrave@rcfp.com
ppost@rcfp.com

John R. Slattery, Esq. ______ jslattery@cozen.com

/s/ Thomas C. Angelone