UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, as Subrogee of Joanne M. Burgess *Plaintiff* | : | |
| vs. | : | C.A. No. 06-536 |
| SAMSUNG ELECTRONICS AMERICA, INC. *Defendant* | : | |

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, the testimony upon oral examination of ***Thomas Zarek*** will be taken before a notary public, or before another person authorized to administer oaths, at the law offices of HODOSH, SPINELLA & ANGELONE, One Turks Head Place, Suite 810, Providence, Rhode Island 02903, on the **13th day of March, 2008, at 11:00 a.m.**

Said examination will continue from day to day until completed and is being taken on behalf of Defendant.

You are invited to cross-examine.

**SAMSUNG ELECTRONICS AMERICA, INC.**

By its Attorneys

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: March 11, 2008

**CERTIFICATION**

I hereby certify that on this 11th day of March, 2008, I caused a copy of the within ***Notice*** either to be electronically transmitted to:

Richard M. Peirce, Esq. ______rpeirce@rcfp.com
jmusgrave@rcfp.com
ppost@rcfp.com

John R. Slattery, Esq. ______jslattery@cozen.com

and mailed by first class mail, postage prepaid, or hand delivered to the following:

Irons & Associates
31 Harris Avenue
Portsmouth, RI 02871

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373

/mvc