UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, as Subrogee of Joanne M. Burgess *Plaintiff* | : | |
| vs. | : | C.A. No. 06-536 |
| SAMSUNG ELECTRONICS AMERICA, INC. *Defendant* | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, ***Samsung Electronics America, Inc.***, hereby moves that Thomas M. DeMicco be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

**SAMSUNG ELECTRONICS AMERICA, INC.**

By its Attorneys,

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: March 11, 2008

**ATTORNEY S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Thomas M. DeMicco, hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New York and the State of New Jersey and of the Federal Court of Eastern, Southern and Western Districts of New York, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court s motion or motion of other parties in the case.

Thomas M. DeMicco, Esq. #
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
3 Gannett Drive
White Plains, New York 10604-3407
(914) 323-7000
*Fax* (914) 323-7001

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: March 11, 2008

**ORDER**

This motion is hereby ________________

__________________________________
District Judge

DATE: ___________________________

# CERTIFICATION

I hereby certify that on this 11th day of March, 2008, I caused a copy of the within ***Motion for Admission Pro Hac Vice*** to be electronically transmitted to:

Richard M. Peirce, Esq. ______ rpeirce@rcfp.com
jmusgrave@rcfp.com
ppost@rcfp.com

John R. Slattery, Esq. ______ jslattery@cozen.com

/s/ Thomas C. Angelone ______________