**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. No. 06-536 ML** |
| | : | |
| **SAMSUNG ELECTRONICS** | : | |
| **AMERICA, INC.** | : | |
| **Defendant** | : | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff, Allstate Insurance Company ("Allstate"), as subrogee of Joanne M. Burgess, by and through its counsel, and defendant, Samsung Electronics America, Inc. ("Samsung"), by and through its counsel, hereby submits this Joint Motion To Amend Scheduling Order, and in support thereof, submits the following:

1. This is a subrogation action arises out of a fire that occurred on November 25, 2005 at the property of Allstate's insured, Joanne M. Burgess. Plaintiff alleges that the fire originated inside a projection-screen television that was manufactured by defendant, Samsung. Plaintiff seeks to recover damages of approximately $165,000 that it paid to its insured as a result of the fire.

2. Plaintiff initiated this action by filing its Complaint on December 8, 2006. Defendant filed its Answer on April 16, 2007.

3. The Pre-Trial Order entered on May 18, 2007, was amended on December 19, 2007 to extend the deadlines to permit time for one final fact witness deposition, to allow time for Samsung to serve its expert disclosures, and to permit time to conduct expert depositions. The parties Pre-Trial Memoranda were to be filed on or before March 17, 2008.

4. Andrew Diamond, the electrical engineer retained by Allstate, was deposed on February 29, 2008.

5. Thomas Zarek, the origin and cause investigator retained by Allstate, was deposed on March 13, 2008.

6. Lawrence Sacco, the electrical engineer retained by Samsung, was deposed on March 14, 2008.

7. At his deposition, Mr. Zarek testified that he conducted additional testing to support the opinions reflected in his expert report. Additionally, Mr. Zarek did not bring his billing file and invoices related to this matter to his deposition. Counsel for Samsung suspended Mr. Zarek's deposition and reserved the right to continue Mr. Zarek's deposition upon receipt of the additional information.

8. Mr. Sacco also did not bring his billing file and invoices related to this case to his deposition.

9. Therefore, the parties respectively request a 30-day extension of the Scheduling Order so that the plaintiff can supplement its expert disclosures and Samsung can re-depose plaintiff's expert.

10. In the meantime, the parties will endeavor to achieve an amicable resolution of this matter by way of a settlement.

11. It is requested by the parties that the Scheduling Order be amended to reflect the following deadlines:

**Parties Pre-Trial Memoranda: April 21, 2008**

WHEREFORE, the parties jointly request this Honorable Court to issue an Order granting an extension of the deadline within which the parties must file their respective Pre-Trial Memoranda and an extension of the Scheduling Order.

Respectfully submitted,

COZEN O'CONNOR

/s/ John R. Slattery

John R. Slattery, Esq.
COZEN O'CONNOR
1900 Market Street

Philadelphia, PA 19103
Tel: (215) 665-2068; Fax: (215) 701-2068
*Counsel for Plaintiff, Allstate Insurance Company*

/s/ John B. Moretta
Richard M. Peirce, Esq.
John B. Moretta, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Ten Weybosset Street, 8th Floor
Providence, Rhode Island 02903
(401) 521-7000 telephone
(401) 521-1328 facsimile
*Local Counsel for Plaintiff, Allstate Insurance Company*

/s/ Thomas C. Angelone
Thomas C. Angelone
HODOSH, SPINELLA & ANGELONE, P.C.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 10
Providence, Rhode Island 02903
(401) 274-0200 telephone
(401) 274-7538 facsimile
*Counsel for Defendant, Samsung Electronics America, Inc.*

/s/ Thomas M. DeMicco
Thomas M. DeMicco, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Dr.
White Plains, NY 10604
(Tel) 914-323-7000 x4244
(Fax) 914-323-7001
*Counsel for Defendant, Samsung Electronics America, Inc.*

Dated: March 17, 2008