**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, a/s/o JOANNE M. BURGESS Plaintiff | : | No. 06-536 |
| vs. | : | |
| SAMSUNG ELECTRONICS AMERICA, INC. Defendant. | : | |

**PLAINTIFF ALLSTATE INSURANCE COMPANY'S PRE-TRIAL MEMORANDUM**

Plaintiff Allstate Insurance Company, as subrogee of Joanne M. Burgess, by and through its counsel, hereby submits the following Pre-Trial Memorandum:

1.(a) Plaintiff's Intended Claims

On November 25, 2005, a fire erupted at Joanne Burgess' home, located at 65 Raven Circle, Cranston, Rhode Island. The fire originated in the finished basement of the Burgess residence. The fire was caused by a malfunction of the Samsung projection screen television. The fire caused approximately $165,000 in damage to the dwelling, personal property, and in additional living expenses. Plaintiff brought this subrogation action with claims against the defendant for strict products liability, negligence, and breaches of warranty.

2. Legal Issues

Plaintiff seeks to recovery approximately $165,000 in damage resulting from the fire that originated in defendant Samsung Electronic America, Inc.'s projection screen television. Because of the level of damage to the television, plaintiff's electrical engineer was unable to identify the specific defect in the television that caused the fire. As such, plaintiff is proceeding on a malfunction theory of liability, in that plaintiff will prove its claims against Samsung

circumstantially. See Scittarelli v. The Providence Gas Co. et. al., 415 A.2d 1040, 1046-47 (R.I. 1980). In other words, plaintiff will meet its burden in proving that the Samsung projection screen television caused the fire by excluding all potential ignition sources in the area of the fire's origin. The television was the only ignition source within the area of origin that could have caused the fire.

Plaintiff does not anticipate any motions in limine at this point. However, plaintiff reserves its right to file motions in limine prior to trial.

3. Probable Trial Length: 3 days

4. Plaintiff will produce its witness and exhibit lists and jury instructions at least 10 days before jury selection.

Respectfully submitted,

By: /s/ John R. Slattery

John R. Slattery, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2068; Fax: (215) 701-2068
E-Mail: jslattery@cozen.com
Attorneys for Plaintiff

/s/ Richard M. Peirce

RICHARD M. PEIRCE, ESQUIRE
JOHN MORRETA, ESQUIRE
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Ten Weybosset Street, 8th Floor
Providence, Rhode Island 02903
(401) 521-7000 telephone
(401) 521-1328 facsimile
E-Mail: rpeirce@rcfp.com

Dated April 21, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2008, I caused a copy of Plaintiff's Pre-Trial Memorandum to be electronically transmitted to the following counsel of record:

Thomas C. Angelone, Esq. AngeloneLaw@aol.com

Thomas M. DeMicco, Esq. Thomas.DeMicco@wilsonelser.com

/s/ John R. Slattery
John R. Slattery, Esq.