UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ALLSTATE INSURANCE COMPANY,
as Subrogee of JOANNE M. BURGESS
Plaintiff

vs. Docket No. 06-536ML

SAMSUNG ELECTRONICS
AMERICA, INC.
Defendant.

**WITHDRAWAL OF APPEARANCE**

I hereby withdraw my appearance on behalf of the Plaintiff, ALLSTATE INSURANCE COMPANY, as Subrogee of JOANNE M. BURGESS.

/s/ John B. Moretta

John B. Moretta, Esq. . #6984
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (fax) 521-1328

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Plaintiff, ALLSTATE INSURANCE COMPANY, as Subrogee of JOANNE M. BURGESS.

Sean K. Brousseau #7456
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (fax) 521-1328
e-mail: sbrousseau@rcfp.com

Dated: June 3, 2008

**Certificate of Service**

I, Sean K. Brousseau, hereby certify that on June 3, 2008, I served the foregoing withdrawal/entry of appearance by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case to the following:

John R. Slattery, Esq.
Cozen and O'Connor
1900 Market Street
Philadelphia, PA 19103

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 10
Providence, RI 02903

/s/ Sean K. Brousseau
________________________________

4424-1 (346305)
3/17/08